PUBLISH

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE ELEVENTH CIRCUIT**

_____

Nos. 97-8838, 97-9086 & 97-9269

_____

D.C. Docket No. 94-01666-1-CV

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 03 2000
THOMAS K. KAHN
CLERK

JOHN D. CHAPMAN,

　　　　　　　　　　　　　　Plaintiff-Appellant,

　　versus

AI TRANSPORT; AMERICAN INTERNATIONAL
ADJUSTMENT COMPANY, INC., et al.,

　　　　　　　　　　　　　　Defendants-Appellees,

_____

Appeals from the United States District Court
for the Northern District of Georgia

_____

(Opinion July 13, 1999, 180 F.3d 1244, 11th Cir., 1999)

(April 3, 2000)

Before ANDERSON, Chief Judge, TJOFLAT,　EDMONDSON, COX, BIRCH,
DUBINA, BLACK, CARNES,　BARKETT, HULL and MARCUS, Circuit Judges.

B Y　T H E　C O U R T :

　　　　A member of this court in active service having requested
a poll on the suggestion of rehearing en banc and a majority of the
judges in this court in active service having voted in favor of
granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.